# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MICHAEL TEKLEAB, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> WARDEN, ETOWAH COUNTY ) <br> JAIL, et al., ) <br> ) <br> Respondents. ) | Case No.: 4:20-cv-00359-LSC-HNJ |

## **MEMORANDUM OPINION**

On January 14, 2021, the magistrate judge entered a report recommending the court dismiss this 28 U.S.C. § 2241 petition as moot. (Doc. 17). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, the court is due to be **DISMISSED** as **MOOT**.

The court will enter an appropriate order.

1

**DONE** and **ORDERED** on February 11, 2021.

_____
L. Scott Coogler
United States District Judge

160704